Charles A. C. FAIMAN, Appellant, v. UNITED STATES of America, Appellee.

No. 12542.

United States Court of Appeals
Fifth Circuit.

March 20, 1950.

James H. Martin, Dallas, Tex., T. F. Monroe, Dallas, Tex., for appellant.

William Cantrell, Jr., Asst. U. S. Atty., Dallas, Tex., for appellee.

Before HOLMES, McCORD, and BORAH, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

---

Jacob CORNET, Appellant, v. Tighe E. WOODS, Housing Expediter, Appellee.

No. 12341.

United States Court of Appeals
Ninth Circuit.

March 14, 1950.

Wexler & Wexler, Millbrae, Cal., for appellant.

Ed Dupree, Gen., Counsel, OHE, A. M. Edwards, Jr., Acting Asst. Gen. Counsel, Francis X. Riley and William A. Moran, Sp. Lit. Attorneys, Washington, D. C., for appellee.

Before MATHEWS and BONE, Circuit Judges, and MATHES, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.

---

Edward C. KELLEY, Petitioner, v. The RAILROAD RETIREMENT BOARD, Respondent.

No. 13045.

United States Court of Appeals
Fifth Circuit.

March 20, 1950.

Robt. C. Giles, Birmingham, Ala., Ben F. Ray, Birmingham, Ala., for petitioner.

Myles F. Gibbons, General Counsel, Railroad Retirement Bd., Chicago, Ill., for respondent.

Before HOLMES, McCORD, and BORAH, Circuit Judges.

PER CURIAM.

The petition is denied.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Aldora MILLS, Respondent.

No. 12900.

United States Court of Appeals
Fifth Circuit.

March 20, 1950.

Rehearing Denied April 18, 1950.

Fannie M. Boyls, Attorney, David P. Findling, Associate General Counsel, A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Murphey Candler, Jr., Decatur, Ga., John Wesley Weekes, Decatur, Ga., for respondent.

Before HOLMES, McCORD, and BORAH, Circuit Judges.

PER CURIAM.

The petition of the Board is granted.